UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Maya Agosto et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10472-DRH |
| *Michele Bailey et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10478-DRH |
| *Amy Bell et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10471-DRH |
| *Veronica Delgado et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10470-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Caitlin Fischer*
      Deputy Clerk

**Dated:**  May 19, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.19
09:20:47 -05'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**